UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SERRA,<br><br>   Plaintiff,<br><br>   v.<br><br>JONES LANG LASALLE AMERICAS, INC.,<br><br>   Defendant. | Case No. 23-cv-05408-JSC<br><br>**PRETRIAL ORDER NO. 1: CLASS CERTIFICATION SCHEDULE** |

Following the initial case management conference held on February 2, 2024, the Court imposes the following deadlines:

| | |
|---|---|
| Initial Disclosures: | February 7, 2024 |
| Motion for Class Certification: | November 7, 2024 |
| Opposition to Class Certification: | December 12, 2024 |
| Reply ISO Class Certification: | January 16, 2025 |
| Class Certification Hearing: | February 6, 2025 at 10:00 a.m. |

This schedule is imposed with the expectation the parties will work in the depositions of any experts used in connection with the briefing. The Court will hold a further case management conference on May 2, 2024 at 1:30 p.m. An updated joint case management conference statement is due one week in advance. The Court will be particularly interested in the parties' thoughts on the timing and type of ADR.

**IT IS SO ORDERED.**

Dated: February 2, 2024

JACQUELINE SCOTT CORLEY
United States District Judge